IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| TREVOR KELLEY,<br><br>        Plaintiff,<br>v.<br><br>SEAGULL BOOK & TAPE, INC., d.b.a. SEAGULL BOOK,<br><br>        Defendant. | **JUDGMENT IN A CIVIL ACTION**<br><br>Case No. 2:17-CV-717<br><br>District Judge Jill N. Parrish |

On December 22, 2017, the court dismissed this action for lack of subject-matter jurisdiction.

Signed January 2, 2018

                                            BY THE COURT

                                            _____
                                            Jill N. Parrish
                                            United States District Court Judge